**United States Bankruptcy Court**
**Eastern District of Missouri, St. Louis Division**

**IN RE:**  Case No. **17-42045**

**Soell, John C**  Chapter **13**

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **July 18, 2017**, a copy of **Amended Social Security Statement** was served by regular United States mail to all parties listed below.

Respectfully submitted,
**Soell, John C**

*/s/ Sean C. Paul*
**Sean C. Paul 59371**
**The Law Offices of Sean C Paul PC**
**8917 Gravois Rd**
**SAINT LOUIS, MO  63123**
**(314) 827-4027  Fax: (314) 222-0619**
**scp@stlbankruptcyfirm.com**

Transunion
55 E. Adams St
Chicago IL 60603

Equifax
PO Box 740243
Atlanta GA 30374-0243

Experian
PO Box 9558
Allen TX 75013

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)